IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Arthur Lee Johnson, Individually and on behalf of a class of all persons and entities similarly situated, | : | |
| | : | Case No. 3:24-cv-00663 |
| | : | Judge Damon R. Leichty |
| Plaintiff, | : | Magistrate Judge Scott J. Frankel |
| vs. | : | |
| ACA Helpline, LLC, | : | |
| Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT ACA HELPLINE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ACA Helpline, LLC. makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:  **No parent corporation or publicly held corporation owns 10% or more of Defendant ACA Helpline, LLC.**

Respectfully submitted,

/s/ *Lisa A. Messner*
Lisa A. Messner (*Admitted Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com

***ATTORNEY FOR DEFENDANT ACA HELPLINE, LLC.***

1

## CERTIFICATE OF SERVICE

      I certify that on February 14, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of Indiana, which will serve all counsel and parties having appeared in this matter.

                                            */s/ Lisa Ann Messner*
                                            Counsel for Defendant ACA Helpline, LLC