# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Arthur Lee Johnson, Individually and on behalf of a class of all persons and entities similarly situated, | : : : | |
| | : | Case No. 3:24-cv-00663 |
| | : | Judge Damon R. Leichty |
| Plaintiff, | : | Magistrate Judge Scott J. Frankel |
| vs. | : | |
| ACA Helpline, LLC, | : | |
| Defendant. | : | |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Johnson and Defendant ACA Helpline, LLC hereby stipulate to the dismissal of this action without prejudice as to Plaintiff's individual claims and as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: September 26, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

***ATTORNEY FOR PLAINTIFF AND THE PUTATIVE CLASS***

*/s/ Lisa Ann Messner*

Lisa A. Messner (*Admitted Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com

***ATTORNEY FOR DEFENDANT ACA HELPLINE, LLC.***